463 A.2d 48

Commonwealth v. Green, Appellant.

Submitted April 19, 1983. Kenneth L. Mirsky, for appel-

lant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.